**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARMEN JONES, Dr., | No. 14-15278 |
| Plaintiff - Appellant, | D.C. No. 2:13-cv-00996-GMN-CWH |
| v. | |
| STATE OF NEVADA BOARD OF MEDICAL EXAMINERS, | MEMORANDUM* |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Nevada
Gloria M. Navarro, Chief District Judge, Presiding

Submitted March 17, 2016**
San Francisco, California

Before: W. FLETCHER, RAWLINSON, and HURWITZ, Circuit Judges.

Carmen Jones brought this lawsuit under 42 U.S.C. § 1983 against the State

of Nevada Board of Medical Examiners ("NBME"). The district court dismissed

the case with leave to amend on the ground that the Eleventh Amendment

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

proscribes lawsuits against a state or its agencies in federal court, *see Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 100–02 (1984), and that NBME is a state agency, *Buckwalter v. Nev. Bd. of Med. Exam'rs*, 678 F.3d 737, 740 n.1 (9th Cir. 2012). Jones then declined to file an amended complaint. The district court was, of course, correct to dismiss the case.

**AFFIRMED.**